# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Sevag Sagherian,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>City of Henderson, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00497-GMN-DJA<br><br>**Order** |

The parties' have missed the discovery plan and scheduling order deadline. *See* (ECF No. 35); *see* LR 26-1(a). Because Plaintiff is *pro se*, the Court extends this deadline for thirty more days. The parties must file a stipulated discovery plan and scheduling order on or before September 12, 2024.

**IT IS THEREFORE ORDERED** that the parties must file a stipulated discovery plan and scheduling order on or before **September 12, 2024.** Failure to comply with this order may result in the recommendation of sanctions to the district judge.

DATED: August 13, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE