# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sevag Sagherian, | Case No. 2:23-cv-00497-GMN-DJA |
| Plaintiff, | |
| v. | Order |
| Denzell Jones; et al., | |
| Defendants. | |

Plaintiff's counsel—Jason R. Maier, Esq., and John M. Quinn, Esq. of the law office of Maier Gutierrez & Associates—have moved to withdraw their representation of Plaintiff Sevag Sagherian, explaining that they and Plaintiff have agreed that Plaintiff would be better served by hiring new counsel. (ECF No. 47). No party has responded to the motion to withdraw.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion. The Court finds that Plaintiff's counsel has met the requirements of LR IA 11-6(b). And no party has responded, constituting their consent to the granting of the motion.

///

///

///

**IT IS THEREFORE ORDERED** that Jason R. Maier, Esq., and John M. Quinn, Esq.'s motion to withdraw (ECF No. 47) is **granted**. The Clerk of Court is kindly directed to remove Jason R. Maier, Esq., and John M. Quinn, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and email addresses of Plaintiff to the civil docket and send a copy of this order to Plaintiff's last known address:

Sevag Sagherian

12763 Silver Satin Street

Henderson, NV 89044

sevagsagherian@gmail.com

sagheriancase@gmail.com

DATED: February 5, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE