# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sevag Sagherian,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>City of Henderson, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-00497-GMN-DJA<br><br>**Order** |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 59). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address.

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **August 18, 2025.** Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed. The Clerk of Court is kindly directed to send a copy of this order to Plaintiff at Plaintiff's address and to email a copy of this order to Plaintiff at sevagsagherian@gmail.com and sagheriancase@gmail.com.

DATED: July 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE