UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SEVAG SAGHERIAN,

             Plaintiff,

vs.

CITY OF HENDERSON, *et al.*

             Defendants.

Case No.: 2:23-cv-00497-GMN-DJA

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**

Pending before the Court is the Motion for Summary Judgment, (ECF No. 52), filed by Defendants Denzell Jones and F. Gibson ("Officers") and Defendant City of Henderson. Also before the Court is the Letter from Attorney Brian G. Anderson, (ECF No. 64), notifying the Court that the Motion for Summary Judgment has been pending for 90 days.

A review of the docket reveals that the Motion for Summary Judgment was not served on Plaintiff at his current address.[1] (*See* Mot. Summ. J. 26:6–7). Further, the Minute Order regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland*, (ECF No. 57), was not sent to Plaintiff's correct address and was returned undelivered, (*see* ECF No. 59). Because the Court has no evidence that Plaintiff received either the Motion for Summary Judgment or the *Klingele* and *Rand* notice, the Motion for Summary Judgment is DENIED without prejudice and with leave to refile by November 14, 2025.

///

///

---

[1] Per Federal Rule of Civil Procedure 5, service by electronic means is proper when the person "consented to it in writing." Fed. R. Civ. P 5. Plaintiff has not consented to service via email; accordingly, Defendants' attempt to serve the Motion for Summary Judgment via email does not constitute proper service. Though the motion was properly served when Defendants mailed it to Plaintiff's last known address, Court filings sent to the same address were returned undelivered, (ECF No. 59, 62), and Plaintiff later updated his address on the docket, (ECF No. 61). Thus, there is no evidence that Plaintiff in fact received the Motion for Summary Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment, (ECF No. 52), is **DENIED** without prejudice.  Defendants may refile the Motion for Summary Judgment by November 14, 2025.

**IT IS FURTHER ORDERED** that the Motion to Seal, (ECF No. 54), is also **DENIED** without prejudice.

Dated this __29__ day of October, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court